**Dismissed and Memorandum Opinion filed October 7, 2021.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-08-00354-CV

---

### BUSTER SIDNEY, Appellant

### V.

### EQUISTAR CHEMICALS, Appellee

---

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 34263**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 17, 2008. On January 15, 2009, this court abated the appeal because appellee petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-10023. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on April 22, 2021. The parties failed to advise this court of the bankruptcy court action.

On September 9, 2021, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).  No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.